UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22618-COOKE/O'SULLIVAN

JOSELYN DURAN-VALERO, *individually
and on behalf of all others similarly situated*,

    Plaintiffs,

vs.

COTY DTC HOLDINGS, LLC,

    Defendant.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *without prejudice* under Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear their own attorneys' fees and costs. The Clerk will **CLOSE** this case. The Court **DENIES** *as moot* any pending motions.

**DONE and ORDERED** in chambers, at Miami, Florida, this 13th day of September 2021.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*